UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LARHONDA G. FRANCIS | CIVIL ACTION NO. 05-0274 |
| versus | JUDGE HICKS |
| LSU HEALTH SCIENCE CENTER SHREVEPORT | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the objections thereto,[1] and after an independent review of the record, having determined that the findings and recommendation of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED** that the "Motion to Dismiss" [Doc. No. 17] be and is hereby **GRANTED**, and that all claims against Dwayne Clayton be and are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 16th day of December, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes the "Notice of Motion Setting" filed by Plaintiff on December 5, 2005 [Doc. No. 21] to be an objection to the Report and Recommendation.